IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 13 C 4489 |
| COMMERCIAL FENCE, INC., an Illinois corporation, | ) ) ) ) | JUDGE MILTON I. SHADUR |
| Defendant. | ) | |

**<u>MOTION FOR ENTRY OF DEFAULT AND JUDGMENT</u>**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, COMMERCIAL FENCE, INC., an Illinois corporation, in the total amount of $2,057.34, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,225.75.

On June 26, 2013, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Yolanda Escobar) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 17, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of July 2013:

    Mr. Martin Escobar, President/Secretary
    Commercial Fence, Inc.
    2650 West Lake Street
    Hanover Park, IL   60133

                /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MIDJ\Commercial Fence\#24448\motion.cms.df.wpd